IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| CHRISTOPHER F. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 125-125 |
| | ) |
| STATE OF GEORGIA; RICHMOND COUNTY; ASHLEY WRIGHT, Superior Court Judge; and JARED T. WILLIAMS, District Attorney, | ) ) ) ) |
| | ) |
| Defendants. | ) |

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

OCT - 3 2025

FILED

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 3rd day of October, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA