IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| CHRISTOPHER F. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 125-125 |
| | ) |
| STATE OF GEORGIA; RICHMOND COUNTY; ASHLEY WRIGHT, Superior Court Judge; and JARED T. WILLIAMS, District Attorney, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On September 4, 2025, the Magistrate Judge entered a Report and Recommendation ("R&R") recommending dismissal of Plaintiff's complaint for failure to state a claim upon which relief may be granted. (Doc. no. 12.) The Magistrate Judge simultaneously entered an order denying Plaintiff's motion for discovery. (Doc. no. 14.) Objections to the recommendation for dismissal were due no later than September 23, 2025. (Doc. no. 13.) Having received no objections to the R&R by the deadline, the Court adopted the R&R as its opinion on October 3, 2025. (Doc. no. 15.)

On October 20, 2025, the Court received a filing titled "Motion for Reconsideration of the Order of the Above Style Case and to Reinstate the Matter in this Civil Action" from Plaintiff, dated October 15, 2025, which the Court liberally construes as a motion for an extension of time to file objections. (Doc. no. 17); see also Torres v. Miami-Dade Cnty., Fla., 734 F. App'x 688,

691 (11th Cir. 2018) (*per curiam*) (explaining a court "must sometimes look beyond the labels used in a *pro se* party's [motion] and focus on the content and substance of the allegations"). In this motion, Plaintiff states he received the October 3rd Order adopting the R&R, but he never received the Magistrate Judge's September 4th R&R. (Doc. no. 17.) Thus, he explains he never had an opportunity to object to the R&R. (See id.)

Because Plaintiff received the Court's October 3rd Order without issue, his failure to receive the September 4th R&R appears to be an anomaly. Accordingly, in an abundance of caution, the Court **GRANTS** Plaintiff's motion and extends the deadline for objecting to the R&R. (Doc. no. 17.) Plaintiff shall have fourteen days from the date of this Order to file any objections to the R&R. However, because Plaintiff did not file any objections with his motion, the Court will not vacate its Order adopting the Report and Recommendation at this time. For the time being, that Order will remain the Order of the Court, and this case shall remain **CLOSED**. Should Plaintiff file timely objections, the Court will consider Plaintiff's objections on the merits and assess what effect, if any, those objections have on the Court's October 3rd Order adopting the Report and Recommendation.

Finally, the Court **DIRECTS** the **CLERK** to re-serve the September 4th R&R and accompanying Orders, (doc. nos. 12-14), on Plaintiff on his address listed on the docket.

SO ORDERED this 13th day of November, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2